**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| TEX TIN CORPORATION, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-96-247 |
| | § | c/w CIVIL ACTION NO. G-96-272 |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On April 25, 2006, the court granted summary judgment in favor of defendants, Oxyde Chemicals, Inc. and Oxyde Chemicals B.V. These defendants have moved for the entry of final judgment as to the claims against them. Under Rule 54 of the Federal Rules of Civil Procedure, this court directs entry of final judgment as to the claims against Oxyde Chemicals, Inc. and Oxyde Chemicals B.V. and finds that there is no just reason for delay in entering judgment. Accordingly, all claims against Oxyde Chemicals, Inc. and Oxyde Chemicals, B.V. are dismissed, with prejudice. Each party is to bear its own taxable costs, expenses, and attorneys' fees.

This is a final judgment.

SIGNED on March 7, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge