# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| TEX TIN SETTLING DEFENDANTS STEERING COMMITTEE, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. G-96-0247 |
| GREAT LAKES CARBON CORPORATION, *et al.*, | § § § § | |
| Defendants. | § | CONSOLIDATED WITH |
| | | |
| AMOCO CHEMICAL COMPANY | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. G-96-0272 |
| UNITED STATES OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER FOR ENTRY OF JUDGMENT AS TO
## DEFENDANT FREEPORT MCMORAN COPPER & GOLD INC.
## F/K/A PHELPS DODGE CORP.

Freeport-McMoran Copper & Gold Inc., f/k/a Phelps Dodge Corp. has filed a motion for entry of judgment based on the consent decree entered in C.A. G-07-476. No opposition has been filed. The motion is granted.

The claims against Freeport-McMoran Copper & Gold Inc., are dismissed with

prejudice. Each party is to bear its own taxable costs, expenses and attorney's fees.

SIGNED on April 7, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge