**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| TEX TIN SETTLING DEFENDANTS STEERING COMMITTEE, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. G-96-0247 |
| GREAT LAKES CARBON CORPORATION, *et al.*, | § § § § § | |
| Defendants. | § | CONSOLIDATED WITH |
| | | |
| AMOCO CHEMICAL COMPANY | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. G-96-0272 |
| UNITED STATES OF AMERICA, *et al.*, | § § § § | |
| Defendants. | § | |

**ORDER**

On November 4, 2008, this case was stayed and administratively closed pending the Supreme Court's decision in *Burlington No. & Santa Fe. R. Co. v. United States, et al.* The Court issued an opinion in *Burlington* on May 4, 2009. A status conference will be held on **June 24, 2009 at 4:00 p.m.** to address the effect of the *Burlington* decision and to put in

place a schedule for resolving the remaining issues in this case.

        SIGNED on May 5, 2009, at Houston, Texas.

                                            Lee H. Rosenthal
                                      United States District Judge